UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>WHEELER FARMING OPERATIONS, LLC.,<br><br>           Defendant. | Case No. CV-24-115-GF-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED IT IS HEREBY ORDERED that the Motion (Doc. 16) is GRANTED. IT IS FURTHER ORDERED that Plaintiff's claims in the Second Amended Complaint (Doc. 29) are DISMISSED WITH PREJUDICE, each party to bear its respective fees and costs.

      Dated this 12th day of May, 2025

                                     TYLER P. GILMAN, CLERK

                                       By:   /s/ Athena Cobb
                                                  Deputy Clerk